

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-25-00257-CR

**IN RE** Andrew Jonathan **SANDERS**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice

On April 22, 2025, Relator filed a *pro se* petition for writ of mandamus. This court has determined that we do not have jurisdiction over this petition. The petition is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 30, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. S187375302, styled *State of Texas v. Andrew Jonathan Sanders*, pending in Municipal Court 5, San Antonio, Bexar County, Texas, the Honorable Melanie A. Castillo presiding.